B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**RDI Vein LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Bella Vein Laser Center Medical SPA** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-2434779** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**907 W. Lincoln Ave.**<br>**Charleston, IL**<br>ZIP Code **61920** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Coles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **900 West Temple Ave., Suite 106**<br>**Effingham, IL 62401** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**RDI Vein LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

- ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

- ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
- ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
- ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**RDI Vein LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X  /s/ Mary E. Lopinot**
Signature of Attorney for Debtor(s)

**Mary E. Lopinot 06256302**
Printed Name of Attorney for Debtor(s)

**Mathis, Marifian & Richter, Ltd.**
Firm Name

**23 Public Square**
**Suite 300**
**Belleville, IL 62222-0307**
Address

**Email: mlopinot@mmrltd.com**
**618-234-9800  Fax: 618-234-9786**
Telephone Number

**April 24, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Aldo C. Ruffolo**
Signature of Authorized Individual

**Aldo C. Ruffolo**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**April 24, 2015**
Date

In re **RDI Vein LLC**                ,    Case No. _____
                                    Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Lakeland Healthcare Group LLC**<br>**Central District District of Illinois** | **Affiliate** | **04/24/15** |
| **Lakeland Radiologists Ltd.**<br>**Central District of Illinois** | **Affiliate** | **04/24/15** |
| **Professional Practice Solutions Inc.**<br>**Central District of Illinois** | **Affiliate** | **04/24/15** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Illinois

In re **RDI Vein LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Andi International, Inc.**<br>**74 Woodcleft Avenue**<br>**Freeport, NY 11520** | **Andi International, Inc.**<br>**74 Woodcleft Avenue**<br>**Freeport, NY 11520** | **Trade debt** | | **32,582.71** |
| **AngioDynamics**<br>**P.O. Box 1549**<br>**Albany, NY 12201-1549** | **AngioDynamics**<br>**P.O. Box 1549**<br>**Albany, NY 12201-1549** | **Trade debt** | | **64,049.20** |
| **Barton Associates, Inc.** | **Barton Associates, Inc.** | **Trade debt** | | **50,413.72** |
| **Boston Scientific Corporation**<br>**P.O. Box 8500-6205**<br>**Philadelphia, PA 19178-6205** | **Boston Scientific Corporation**<br>**P.O. Box 8500-6205**<br>**Philadelphia, PA 19178-6205** | **Trade debt** | | **178,387.67** |
| **Cardiovascular Systems, Inc. (CSI)**<br>**Dept. CH 19348**<br>**Palatine, IL 60055-9348** | **Cardiovascular Systems, Inc. (CSI)**<br>**Dept. CH 19348**<br>**Palatine, IL 60055-9348** | **Trade debt** | | **184,382.61** |
| **Covidien**<br>**Departments 00 10318**<br>**Palatine, IL 60055** | **Covidien**<br>**Departments 00 10318**<br>**Palatine, IL 60055** | **Trade debt** | | **110,879.46** |
| **ev3**<br>**1475 Paysphere Circle**<br>**Chicago, IL 60674** | **ev3**<br>**1475 Paysphere Circle**<br>**Chicago, IL 60674** | **Trade debt** | | **77,272.85** |
| **Everbank Commercial Finance, Inc.**<br>**Attn: Bill Wellford**<br>**10 Waterview Blvd.**<br>**Parsippany, NJ 07054** | **Everbank Commercial Finance, Inc.**<br>**Attn: Bill Wellford**<br>**10 Waterview Blvd.**<br>**Parsippany, NJ 07054** | **Trade debt** | | **95,583.77** |
| **Illini Plaza, LLC**<br>**c/o Jerald E. Ramshaw, Jr.**<br>**P.O. Box 680**<br>**Champaign, IL 61824** | **Illini Plaza, LLC**<br>**c/o Jerald E. Ramshaw, Jr.**<br>**P.O. Box 680**<br>**Champaign, IL 61824** | **Trade debt** | | **222,055.37** |
| **Internal Revenue Service**<br>**3101 Constitution Drive**<br>**Stop 5000 SPD**<br>**Springfield, IL 62704-6728** | **Internal Revenue Service**<br>**3101 Constitution Drive**<br>**Stop 5000 SPD**<br>**Springfield, IL 62704-6728** | **Payroll tax liabilities** | | **269,301.22** |

B4 (Official Form 4) (12/07) - Cont.
In re   **RDI Vein LLC**                                    Case No.
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Johnson & Johnson Health Care Sys** <br> **5972 Collections Center Drive** <br> **Chicago, IL 60693** | **Johnson & Johnson Health Care Sys** <br> **5972 Collections Center Drive** <br> **Chicago, IL 60693** | **Trade debt** | | 77,369.16 |
| **Jason McAllister** <br> **1305 Kollmeyer Lane** <br> **Effingham, IL 62401** | **Jason McAllister** <br> **1305 Kollmeyer Lane** <br> **Effingham, IL 62401** | **Trade debt** | | 132,566.95 |
| **Midland States Bank** <br> **133 W. Jefferson** <br> **Effingham, IL 62401** | **Midland States Bank** <br> **133 W. Jefferson** <br> **Effingham, IL 62401** | **All personal property, including accounts receivable, inventory, fixtures, equipment and intangibles** | | 8,370,310.98 <br><br> (4,900,000.00 secured) |
| **North American Telecom** <br> **305 S. Andrews Avenue, 9th Floor** <br> **Fort Lauderdale, FL 33301-1855** | **North American Telecom** <br> **305 S. Andrews Avenue, 9th Floor** <br> **Fort Lauderdale, FL 33301-1855** | **Trade debt** | | 23,917.80 |
| **Quality Electrical Contractors, Inc** <br> **628 Fox Lake Drive** <br> **Charleston, IL 61920** | **Quality Electrical Contractors, Inc** <br> **628 Fox Lake Drive** <br> **Charleston, IL 61920** | **Trade debt** | | 43,499.55 |
| **Ramshaw Real Estate Illini Plaza, LLC** <br> **c/o Jerald E. Ramshaw, Jr.** <br> **P.O. Box 680** <br> **Champaign, IL 61824** | **Ramshaw Real Estate Illini Plaza, LLC** <br> **c/o Jerald E. Ramshaw, Jr.** <br> **Champaign, IL 61824** | **Trade debt** | | 198,950.60 |
| **RDI Vein One LLC** <br> **907 W. Lincoln Avenue** <br> **Charleston, IL 61920** | **RDI Vein One LLC** <br> **907 W. Lincoln Avenue** <br> **Charleston, IL 61920** | **Trade debt** | | 45,000.00 |
| **Rdl Development, Inc.** <br> **907 W. Lincoln Ave.** <br> **Charleston, IL 61920** | **Rdl Development, Inc.** <br> **907 W. Lincoln Ave.** <br> **Charleston, IL 61920** | **Trade debt** | | 46,250.00 |
| **Stryker Instruments** <br> **Stryker Sales Corp** <br> **P.O. Box 70119** <br> **Chicago, IL 60673-0119** | **Stryker Instruments** <br> **Stryker Sales Corp** <br> **P.O. Box 70119** <br> **Chicago, IL 60673-0119** | **Trade debt** | | 31,029.01 |
| **Vascular Solutions** <br> **P.O. Box 1178** <br> **Maple Grove, MN 55311** | **Vascular Solutions** <br> **P.O. Box 1178** <br> **Maple Grove, MN 55311** | **Trade debt** | | 47,378.47 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **RDI Vein LLC**                                                                                       Case No.
                                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 24, 2015**                                  Signature  **/s/ Aldo C. Ruffolo**
                                                                      **Aldo C. Ruffolo**
                                                                      **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Illinois

In re  **RDI Vein LLC**                                                          Case No.
                                  Debtor(s)                                      Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge and that it corresponds to the creditors listed in our schedules.

Date:  **April 24, 2015**                       **/s/ Aldo C. Ruffolo**
                                                **Aldo C. Ruffolo**/**Managing Member**
                                                Signer/Title

Abbott Vascular
75 Remittance Drive, Suite 1138
Chicago, IL 60675-1138


Access Closure, Inc.
P.O. Box 347446
Pittsburgh, PA 15251-4446


Adams Outdoor Advertising
1711 Dobbins Drive
Champaign, IL 61821


ADT Security Services
P.O. Box 371878
Pittsburgh, PA 15250-7878


AFCO
5600 N. River Road, Suite 400
Rosemont, IL 60018-5187


Ameren Illinois
P.O. Box 66884
Saint Louis, MO 63166-6884


American College of Phlebology



Anda, Inc.



Andi International, Inc.
74 Woodcleft Avenue
Freeport, NY 11520


AngioDynamics
P.O. Box 1549
Albany, NY 12201-1549


AngioScore, Inc.
Accounts Receivable
5055 Brandin Court
Fremont, CA 94538

Tony Ayers
322 North 11th Street
Charleston, IL 61920


Banyan International Corporation


Bard Peripheral Vascular, Inc.
C.R. Bard, Inc
P.O. Box 75767
Charlotte, NC 28275


Barrier Technologies
3017 Greene Street
Hollywood, FL 33020


Barton Associates, Inc.


Bayer HealthCare
P.O. Box 360172
Pittsburgh, PA 15251-6172


Blueprint Design Studio
Tribune Tower
N Michigan Avenue
Chicago, IL 60601


Boston Scientific Corporation
P.O. Box 8500-6205
Philadelphia, PA 19178-6205


Cardiovascular Systems, Inc. (CSI)
Dept. CH 19348
Palatine, IL 60055-9348


CDC Paper & Janitor Supply
804 N. Elm Street
Champaign, IL 61820


Charleston Area Chamber of Commerce
501 Jackson Avenue
P.O. Box 77
Charleston, IL 61920

Chicago Tribune
14839 Collections Center Drive
Chicago, IL 60693-0148


CHRam, LLC


City of Effingham Water Dept.
P.O. Box 1345
Effingham, IL 62401


Classic Outdoor
P.O. Box 203
Higginsville, MO 64037


Clean Healthcare
P.O. Box 840140
Kansas City, MO 64184-0140


Clear Water Service Corp
2020 N. County Road 150 E.
Mattoon, IL 61938-8659


Coles-Moultrie Electric Cooperative
P.O. Box 709
Mattoon, IL 61938-0709


Comcast
P.O. Box 3002
Southeastern, PA 19398-3002


Compliance Document Services
1776 l Street NW, 9th Floor
Washington, DC 20006


Consolidated Communications
P.O. Box 2564
Decatur, IL 62525-2564


Cook Medical Incorporated
22988 Network Place
Chicago, IL 60673-1229

Cornerstone Media
104 W. AMin
P.O. Box 549
Peotone, IL 60468

Covidien
Departments 00 10318
Palatine, IL 60055

Creative Designs
814 East Fayette
Effingham, IL 62401

Decatur Tribune
132 S. Water St., Ste. 424
P.O. Box 1490
Decatur, IL 62525-1490

Depke Gases and Welding Supplies
P.O. Box 967
Danville, IL 61834-0967

Dex
P.O. Box 9001401
Louisville, KY 40290-1401

Digital Supply Center, Inc.
P.O. Box 9325
Canoga Park, CA 91309

Drake Homes
1765 Beech Tree Road
Charleston, IL 61920

Effingham & Teutopolis News Report
1901 South 4th St., Ste. 223
Effingham, IL 62401

Effingham Daily News
P.O. Box 370
Effingham, IL 62401

Effingham Signs & Graphics, Inc.
1009 S. Oak Street
Effingham, IL 62401

```
ev3
1475 Paysphere Circle
Chicago, IL 60674


Everbank Commercial Finance, Inc.
Attn: Bill Wellford
10 Waterview Blvd.
Parsippany, NJ 07054


FE Moran Security Solutions
201 W. University Ave., Ste. 1
Champaign, IL 61820-8803


FedEx


Gateway Liquors
102 Lincoln Ave.
Charleston, IL 61920


GE Healthcare
P.O. Box 843553
Dallas, TX 75284-3553


GE Healthcare
dba OEC Medical Systems, Inc.
2984 Collections Center Drive
Chicago, IL 60693


GE Healthcare Fin Services
P.O. Box 641419
Pittsburgh, PA 15264-1419


GreatAmerican Finanical Services
P.O. Box 660831
Dallas, TX 75266-0831


Greater Decatur Chamber of Commerce
101 S. Main Street, Suite 102
Decatur, IL 62523


Harlem Associates
Attn: Ms. lldiko Kresz, Manager
1515 N. Harlem, Suite 205-1
Oak Park, IL 60302
```

HealthLink, Inc.
P.O. Box 6501
Carol Stream, IL 60197-6501


Herald & Review


Hinckley Springs
P.O. Box 660579
Dallas, TX 75266-0579


ICIA - Illinois Homepage.net
P.O. Box 470
Rockford, IL 61105


IEMA
1035 Outer Park Dr.
Springfield, IL 62704


Illini Plaza, LLC
c/o Jerald E. Ramshaw, Jr.
P.O. Box 680
Champaign, IL 61824


Illinois America Water


Illinois Department of Revenue
BK Unit Level 7-425
100 Randolph St.
Chicago, IL 60601


Internal Revenue Service
3101 Constitution Drive
Stop 5000 SPD
Springfield, IL 62704-6728


Johnson & Johnson Health Care Sys
5972 Collections Center Drive
Chicago, IL 60693


Juzo
Julius Zorn, Inc.
P.O. Box 1088
Cuyahoga Falls, OH 44223

Key Outdoor, Inc.
1745 S. 44th Street
Decatur, IL 62521


Kiefer Landscaping LLC
3110 South Banker Street
Effingham, IL 62401


James M. Kohlmann, MD SC
100 Deerpath Road
Charleston, IL 61920


Lanz Heating & Cooling, Inc.
2718 Hundman Drive
Champaign, IL 61822


Lee Enterprises - Central Illinois
P.O. Box 742548
Cincinnati, OH 45274-2548


Liturgical Publications
Liebel-Flarsheim Co LLC
P.O. Box 3571
Carol Stream, IL 60132-3571


MacPractice, Inc.
233 N. 8th, Suite 300
Lincoln, NE 68508


Mallinckrodt Liebel-Flarsheim Co
LLC/Mallinckrodt
Liebel-Flarsheim Co. LLC
P.O. Box 3571
Carol Stream, IL 60132-3571


Maquet Medical Systems USA
Mapquet Medical Systems
3615 Solutions Center
Chicago, IL 60677-3006


Marchex Sales, Inc.

Marlin Business Bank
P.O. Box 13604
Philadelphia, PA 19101-3604


Jason McAllister
1305 Kollmeyer Lane
Effingham, IL 62401


McKesson Specialty Care Dist.
15212 Collections Center Drive
Chicago, IL 60693


Mediacom
4290 Blue Stem Road
Charleston, IL 61920-7632


Medline Industries, Inc.
Dept CH 14400
Palatine, IL 60055-4400


MEDRAD
P.O. Box 360172
Pittsburgh, PA 15251-6172


Merit Medical Systems, Inc.
P.O. Box 204842
Dallas, TX 75320-4842


Merz Aesthetics
4133 Courtney Road, Suite 10
Franksville, WI 53126


Michaels' Catering
720 South Neil St.
Champaign, IL 61820


Midland States Bank
133 W. Jefferson
Effingham, IL 62401


Navilyst Medical
Chruch Street Station
P.O. Box 6793
New York, NY 10249

```
North American Telecom
305 S. Andrews Avenue, 9th Floor
Fort Lauderdale, FL 33301-1855


Organogenesis, Inc.
P.O. Box 842958
Boston, MA 02284-2958


Panasonic Finance Solutions
655 Business Center Drive, Ste. 250
Horsham, PA 19044


Premier Broadcasting, Inc.
P.O. Box 988
Effingham, IL 62401


Prime Time Life


PSS World Medical, Inc.
62046 Collections Center Drive
Chicago, IL 60693-0620


QBE
P.O. Box 3109
Milwaukee, WI 53201-3109


Quality Electrical Contractors, Inc
628 Fox Lake Drive
Charleston, IL 61920


Quantum Products
2652 McGaw Avenue
Irvine, CA 92614


Quest Diagnostics
12989 Collections Center Drive
Chicago, IL 60693-0129


Quill
P.O. Box 37600
Philadelphia, PA 19101-0600
```

Ramshaw Real Estate
Illini Plaza, LLC
c/o Jerald E. Ramshaw, Jr.
P.O. Box 680
Champaign, IL 61824


RDI Development LLC


RDI Vein One LLC
907 W. Lincoln Avenue
Charleston, IL 61920


Rdl Development, Inc.
907 W. Lincoln Ave.
Charleston, IL 61920


John G. Rossi, Jr. 2000 Living
Trust
Area One Realtors
2828 N. Main, Suite 104
Decatur, IL 62526


Dr. Ruffolo
7 Pear Tree Court
Charleston, IL 61920


Sanitation Service, Inc.
1713 S. Willow
P.O. Box 703
Effingham, IL 62401


Henry Schein
Dept CH 10241
Palatine, IL 60055-0241


Dr. Saumil Shah
70 W. Burton Place, Apt. 1207
Chicago, IL 60610


Siemens Medical Solutions
Dept CH 14195
Palatine, IL 60055-4195

Spectranetics Corp.
LBX#774588
4588 Solutions Center
Champaign, IL 61820


St. Jude Medical
22400 Network Place
Chicago, IL 60673-1224


Steve Staskiewicz
1 Copperfield Lane
Charleston, IL 61920


Stericycle
P.O. Box 6575
Carol Stream, IL 60197-6575


Stille Surgical
943 Parkview Blvd.
Lombard, IL 60148


Stryker Instruments
Stryker Sales Corp
P.O. Box 70119
Chicago, IL 60673-0119


Student Publications EIU
Radio and Television Center
1521 Buzzard Eastern Illinois Un.
600 Lincoln Ave.
Charleston, IL 61920


Terminex
ATTN: Collections Department
2100 Kickapoo Drive
Danville, IL 61832


Terumo Medical Corporation
2101 Cottontail Lane
Somerset, NJ 08873


The Burdick Plumbing & Heating Co
1175 N 20th Street
P.O. Box 496
Decatur, IL 62521

```
The News-Gazette
Accounting Department
P.O. Box 677
Champaign, IL 61824-0677


John Thomas
1245 E. Co Rd 000 N
Mattoon, IL 61938


Todd Bacon & Associates, CPA
719 W. Lincoln Ave., Ste. A
Charleston, IL 61920


Total Vein Systems
901 Yale Street
Houston, TX 77008


United Medical Instruments
832 Jury Court
San Jose, CA 95112


Vascular Solutions
P.O. Box 1178
Maple Grove, MN 55311


W.L. Gore & Associates, Inc.
P.O. Box 751331
Charlotte, NC 28275


WEIU
Radio adn Television Center
1521 Buzzard Eastern Illinois Univ
600 Lincoln Avenue
Charleston, IL 61920


WMCI/WCBH/WWGO
209 Lake Land Blvd.
Mattoon, IL 61938


Yellow Pages
P.O. Box 53282
Atlanta, GA 30355
```