IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS |
| | ) | UNDER CHAPTER 11 |
| RDI VEIN, L.L.C., | ) | |
| | ) | BK 15-_____-kjm |
| DEBTOR. | ) | |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Aldo C. Ruffolo, declare under penalty of perjury that I am the sole member of RDI Vein, L.L.C., ("Organization") and that the following is a true and correct copy of the resolutions adopted by the Members of said limited liability company at a special meeting duly called and held on the 24th day of April, 2015.

"Whereas, it is in the best interest of this Organization to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Aldo C. Ruffolo, Manager of this Organization, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Organization; and

Be It Further Resolved, that Aldo C. Ruffolo, Manager of this Organization is authorized and directed to appear, jointly or individually, in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Aldo C. Ruffolo, Manager of this Organization, is authorized and directed to employ Mary E. Lopinot, attorney, and the law firm of Mathis, Marifian & Richter, Ltd. to represent the Organization in such bankruptcy case."

Date:  April 24, 2015                         Signed   /s/Aldo C. Ruffolo
                                              Aldo C. Ruffolo, Managing Member

{M0305343.1}

**Resolution of the Sole Member**
**of**
**RDI Vein, L.L.C.**

Whereas, it is in the best interest of this Organization to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Aldo C. Ruffolo, Manager of this Organization, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Organization; and

Be It Further Resolved, that Aldo C. Ruffolo, Manager of this Organization, is authorized and directed to appear either jointly or individually in all bankruptcy proceedings on behalf of the Organization, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Organization in connection with such bankruptcy case, and

Be It Further Resolved, that Aldo C. Ruffolo, Manager of this Organization, is authorized and directed to employ Mary E. Lopinot, attorney, and the law firm of Mathis, Marifian & Richter, Ltd. to represent the Organization in such bankruptcy case.

/s/ Aldo C. Ruffolo                                    Dated: April 24, 2015
Aldo C. Ruffolo, Member

{M0305343.1}